# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Sidney L. Peterson
Plaintiff-pro se.

Vs.

Doctor A. Davida,
C/o Farley #8782,
Nurse Sarah Mays,
Nurse Loreatha A. Coleman,
Warden Tarry D. Williams,
Assistant Warden Tejada,
Deputy Director D. Gomez,
Lt. English
C/o M. Sanders,
C/o G. Redd,
C/o M. Gee #5444,
Defendants.

16CV1135
Judge Charles P. Kocoras
Magistrate Judge Michael T. Mason
PC2

RECEIVED
JAN 25 2016 EAG
1-25-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. sections 1331 and 1343 (a) (3). Plaintiff Sidney L. Peterson seeks declaratory relief pursuant to 28 U.S.C. 2201 and 2202. Plaintiff Sidney L. Peterson claims for injunctive relief are authorized by 28 U.S.C. sections 2283 and 2284 and

Rule 65 of the Federal Rules of Civil Procedure.

2. The Northern District of Illinois is an appropriate venue under 28 U.S.C. section 1391 (b) (2) because it is where the events giving rise to this claim occurred.

## PLAINTIFFS

3. Plaintiff Sidney L. Peterson, is and was at all times mentioned herein a prisoner of the State of Illinois in the custody of the Illinois Department of Corrections. He is currently confined in Illinois State Prison in Galesburg, Illinois.

## DEFENDANTS

4. Defendant Doctor A. Davida is the doctor hired by Wexford an employee of the Illinois Department of Correction, in the Statesville Correctional Center located in Joliet, Illinois 60434, working under Color of State law.

5. Defendant Correctional Officer Farley Badge number 8782 is a correctional officer working under Color of State law for the Illinois Department of Corrections at Statesville Correctional Center who at all times mentioned in this complaint held the rank of prison guard and was assigned to Illinois State Prison, located in Joliet, Illinois 60434.

6. Defendant Nurse Sarah Mays is an employee of Wexford, working under Color of State law for the Illinois Department of Corrections who at all times mentioned in this complaint held the rank of Nurse assigned to Statesville Correctional Center, Illinois State Prison, located at Joliet, Illinois 60434

7. Defendant Nurse Loreatha A. Coleman is an employee of Wexford, working under Color of State law for the Illinois Department of Corrections who at all times mentioned in this complaint held the rank of Nurse assigned to Statesville Correctional Center, Illinois State Prison, located at Joliet, Illinois 60434.

8. Defendant Warden Tarry D. Williams is the Warden of Statesville Correctional Center, Illinois State Prison, located at Joliet, Illinois 60434. She is legally responsible for the operation of Statesville Correctional Center, Illinois State Prison, and for the Welfare of all the inmates at that prison.

9. Defendant Assistant Warden Tejada is an Assistant Warden, working under Color of State law for the Illinois Department of Corrections who at all times mentioned in this complaint held the rank of Assistant Warden legally responsible to aid and assist in the operations of Statesville Correctional Center, Illinois State Prison, and for the Welfare of all the inmates at that prison.

10. Defendant Deputy Director D. Gomez is the Deputy Director of the Illinois Department of Corrections legally responsible in the operations of the whole Department of Corrections, state prisons, for the state of Illinois and for the Welfare of all the inmates in Illinois prisons.

11. Defendant Lt. English is a correctional officer working under Color of State law for the Illinois Department of Corrections at Statesville Correctional Center who at all times mentioned in this complaint held the rank of Lieutenant and was assigned to the Illinois State Prison, located in Joliet, Illinois 60434.

12. Defendant C/o M. Sanders is a correctional officer working under color of state law for the Illinois Department of Corrections at Statesville Correctional Center who at all times mentioned in this complaint held the rank of prison guard and was assigned to the Illinois State Prison, located in Joliet, Illinois 60434.

13. Defendant C/o G. Redd is a correctional officer working under color of State law for the Illinois Department of Corrections at Statesville Correctional Center who at all times mentioned in this complaint held the rank of Prison guard and was assigned to the Illinois

State Prison, located in Joliet, Illinois 60434

14. Defendant C/O M. Gee is a correctional officer working under color of state law for the Illinois Department of Corrections at Statesville Correctional Center who at all times mentioned in this complaint held the rank of prison guard and was assigned to the Illinois State Prison, located in Joliet, Illinois 60434

15. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. **Name of case and docket number:** Peterson et Al v. City of Chicago et Al. 1:08-cv-02846

B. **Approximate date of filing lawsuit:** Filed: 05-15-2008

C. **List all plaintiffs (if you had co-plaintiffs), including any aliases:** Sidney Peterson, Sydney Peterson, Marcus Hinton, Jonathan Harris

D. **List all defendants:** City of Chicago

E. **Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):** Northern District of Illinois

F. **Name of judge to whom case was assigned:** Can't Remember

G. **Basic claim made:** City of Chicago - False Arrest

H. **Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):** Case was resolved

I. **Approximate date of disposition:** Can't Remember.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

17

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. **Name of case and docket number:** Peterson V. City of Chicago Et Al. 1:09-cv-01839

B. **Approximate date of filing lawsuit:** Filed: 3-24-09

C. **List all plaintiffs (if you had co-plaintiffs), including any aliases:** Sidney Peterson, Sydney Peterson, Marcus Hinton, Jonathan Harris

D. **List all defendants:** City of Chicago.

E. **Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):** Northern District of Illinois

F. **Name of judge to whom case was assigned:** Can't Remember

G. **Basic claim made:** City of Chicago - False Arrest

H. **Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):** Case was Resolved

I. **Approximate date of disposition:** Can't Remember.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

18

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Peterson V. Dart et Al, 1:11-cv-07068

B. Approximate date of filing lawsuit: Filed: 10-06-11

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Sidney Peterson, Sydney Peterson, Marcus Hinton Jonathan Harris

D. List all defendants: Thomas Dart (Holds the Authority for Cook County Jail)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Can't Remember.

G. Basic claim made: Thomas Dart (Sheriff) No lights in a living cell. Violation.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was Resolved

I. Approximate date of disposition: Can't Remember.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

19

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: PETERSON. V. FARLEY. 15-CV-4183.

B. Approximate date of filing lawsuit: Filed: 5-11-15

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Sidney PETERSON, Sydney PETERSON, MARCUS HINTON, JONATHAN HARRIS.

D. List all defendants: Correctional Officer MR. FARLEY

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN District of ILLINOIS

F. Name of judge to whom case was assigned: CHARLES. P. KOCORAS

G. Basic claim made: DESTRUCTION OF PERSONAL PROPERTY!

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): CASE WAS dismissed without prejudice AND directed to SMALL COURT OF CLAIMS.

I. Approximate date of disposition: 6-02-2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Sidney. L. Peterson V. State of Illinois Department of Corrections. Case # 16CC0734

B. Approximate date of filing lawsuit: October-01-2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Sidney Peterson, Sydney Peterson, Marcus Hinton, Jonathan Harris.

D. List all defendants: State of Illinois and the Illinois Department of Corrections

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Court of Claims, Sangomon County Springfield. Ill. 62756

F. Name of judge to whom case was assigned: Peter J. Birnbaum. Chief Justice.

G. Basic claim made: Destruction of Personal Property

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case Is still Pending.

I. Approximate date of disposition: Pending.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V. **Relief:**

**State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

Declaration, declaring that the defendants have failed to provide proper Medical Care and acted with medical negligance failing to provide For the welfare of the plaintiff in violation of the Plaintiff Rights U.S.C.A. Amendment.14. Ordering the Defendants to provide physical and mental therapy and medical needs. Order the defendants to pay jointly and individually $140,000.00 For injuries suffered and punitive Damages and any other relief this Court deems just proper and equitable

VI. **The plaintiff demands that the case be tried by a jury.** ☑ **YES** ☐ **NO**

## CERTIFICATION

**By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.**

**Signed this** 1 **day of** 21, 20 16

Peterson Sidney L.

**(Signature of plaintiff or plaintiffs)**

Sidney. L. Peterson.

**(Print name)**

K-56456.

**(I.D. Number)**

600 S. Linwood Road. P.O. Box 1700
Galesburg, Ill. 61401

**(Address)**

## EXHAUSTION OF LEGAL REMEDIES

21. Plaintiff Sidney L. Peterson used the prisoner grievance Procedure available at Illinois State prison to try and solve the problem. On March 12, 2015 plaintiff Sidney L. Peterson the facts relating to this complaint. On or about April, 03, 2015 Plaintiff Sidney L. Peterson was sent a response saying that the grievence was fowarded to the Health Care Unit for review and response and original fowarded to Grievance Office advising not to send copy to grievance office or health care unit and that Plaintiff will receive a final response. Final Response was received April 21, 2015 stating the grievance officer has no medical expertise. Grievance was appeal 7/10/15. 6 months have passed without answer.

## FACTS

22. At all times relevant to this complaint, Plaintiff Sidney L. Peterson was confined in Statesville Correctional Center, Illinois State Prison, in Joliet, Illinois 60434.

23. From on or about December 12, 2014 to and through February 16, 2015 Plaintiff was housed in cell R-G-307. during this time Plaintiff was taking Hydrochlorothiazide 25 mg for High Blood Pressure; Zantac 150 mg for Heartburn; and Metformin for Diabetes 500mg

24. On or about January 19, 2015 Defendant Doctor A. Davida prescribed, to the plaintiff, to use liquid solution Podocon-25

to be applied on (penis) genital warts. The plaintiff was issued Podocon-25 to self apply in cell.

25. On or about February 16, 2015 plaintiff is moved to be housed in cell R-B-112 where plaintiff was housed in this cell from February 16, 2015 to and through May 13, 2015.

26. On March 17, 2015 Plaintiff Sidney L. Peterson was removed from cell R-B-112 to be transferred to Cook County Courthouse, by Defendant C/o Farley Badge # 8782 at approximately 5:30 am.

27. On the same day, March 17, 2015 Plaintiff Sidney L. Peterson is returned from the Cook County Courthouse and taken back to his cell (R-B-112), by C/o E. Olson Badge #12838. Upon return to the cell Plaintiff Sidney L. Peterson found the cell to have been literally destroyed or ran-sacked.

## LEGAL CLAIMS

28. Plaintiff's reallege and incorporate by reference paragraphs 1-21.

29. Defendant Doctor A. Davida was medically negligent to the needs of Plaintiff Sidney L. Peterson. Defendant Doctor A. Davida Knew or should have known that Plaintiff Sidney L. Peterson is a person suffering from diabetes and that the medication (Podocon-25) is not to be used by a person with diabetes.

30. Defendant Nurse Sarah Mays was medically negligent to Plaintiff's medical needs when Defendant gave the medication, (Podocon-25) prescribed by Defendant Doctor A. Davida, to the Plaintiff to take to his cell and apply it by himself. Defendant Nurse Sarah Mays knew or should have known that Podocon-25 is to be applied only by a physician and it is not to be dispensed to the patient. Defendant Nurse Sarah Mays was further medically negligent to the Plaintiff's medical needs when defendant knew or should have known that the plaintiff is a person suffering from diabetes and Podocon-25 is not to be directed to a person with diabetes, as it contains podophyllin which is a powerful caustic and severe irritant.

31. Defendants Doctor A. Davida and Nurse Sarah Mays' medical negligance caused the Plaintiff severe pain and suffering. Defendants Doctor A. Davida and Nurse Sarah Mays knew or should have known that the plaintiff is a person suffering from diabetes as it is noted on the plaintiff's medical records. The Plaintiff suffering from diabetes has difficulty healing and soars and open wounds are easily infected if not treated properly. The medication (Podocon-25) dispensed and prescribed to the plaintiff by the defendants caused severe soars on penis causing bleeding which got severely infected, and pieces of skin fell off causing abnormalities and permanant injuries and erectile disfunction.

32. Defendant Doctor A. Davida in his medical negligance of prescribing Podocon 25 to the Plaintiff diabetic and the dispensing of the medication to the plaintiff also issued

medical permits allowing the Plaintiff a shower every other day after treatment. These medical permits were taken from the Plaintiff when the cell was destroyed by C/o Farley (Defendant C/o Farley Badge #8782) Upon information obtained by C/o E. Olson C/o Farley is accustomed to behave in such manner. Defendant C/o Farley Badge #8782 while working under color of state did did act diliberately indifferent to the medical needs and welfare of the Plaintiff by confiscating and destroying the medical permits causing the obstruction of medical treatment already in progress. Plaintiff was suffering with soars and bleeding cause by the application of Podocon 25 prescribed in negligance by Defendant Doctor A. Davida and the soars were infected the infection so severe as to causing severe pain and physical abnormalities. The actions taken by Defendant C/o Farley #8782 were deliberate and Defendant is known by his co-workers to act in such manner, actions to re-occur if Defendant is not sanctioned by this court. Defendant knew or should have known that taking and destroying medical permits obstructs treatment of a patient confined in a penal institution where confined patients are restricted to their cell and are not permitted special privileges without the permits. Defendant C/o Farley 8782 caused severe infection to be prolonged and to go untreated for a period over 14 days causing the falling of skin and permanant injury to penis with erectile disfunction.

33. Plaintiff Sidney L. Peterson was held without medical treatment due to Defendant C/o Farley's diliberate

indifference. Plaintiff sought help from Defendant C/o M. Sanders and Defendant C/o G. Redd and Defendant C/o M. Gee. Defendants knew or should have know of the Plaintiff medical needs but were indifferent to the plaintiff letting the plaintiff suffer for over a period of 14 days. Defendants should have interceded to correct the wrong caused by Defendant C/o Farley #8782 but failed to intercede having knowledge of the wrong the Defendants had the duty and responsibility to aid in the welfare of the Plaintiff but chose not to, causing inadequate medical care of the Plaintiff.

34. Defendants Lt. English, Assistant Warden Tejada and Warden Tarry D. Williams all had knowledge of and were given notice of the actions taken by Defendant C/o Farley #8782 but chose not to intercede to aid in the welfare of the Plaintiff failing their responsibilities as supervisors of and higher authority in power to intercede and correct the wrong and injuries caused to the Plaintiff.

35. Defendant Nurse Loreatha A. Coleman was medically negligant and indifferent to the plaintiff by refusing to treat the Plaintiff severely infected penis by stating "I am not going to touch your penis you do it yourself" when defendant Nurse Loreatha A. Coleman knows or should have know that the Plaintiff is a suffering person that suffers from diabetes and was suffering from an infection of severe magnitude causing the paring of skin tissue from penis. Defendant Nurse Loreatha A. Coleman refused medical treatment and/or adequate medical treatment.

36. Plaintiff suffered severe pain caused by the Defendants Deliberate Indifference and abuse of authority or failure of authority while working under color of state law failing to provide for the welfare of the plaintiff when the plaintiff was suffering from severe infection cause by the medical negligence of Defendants Doctor A Davida, Nurse Sarah Mays, Nurse Loreatha A. Coleman. The pain and infection was so severe that there was puss oozing from the wound caused by the Podocon-25 negligently prescribed, Plaintiff believed he was going to lose his manhood. The Plaintiff still believes that the medical negligence is affecting his mental and physical manhood causing erectile disfunction. The defendants individually and jointly have injured the defendant with permanant injuries to his person and violated his constitutional rights while in there care and custody.

STATE OF ILLINOIS )
) SS
COUNTY OF KNOX )

**AFFIDAVIT**

I, Sidney. L. Peterson do hereby declare and affirm that the following Information within this affidavit is true and correct in substance and in facts:

That while imprisoned at the Stateville Correctional Center From And Through December, 12-2014 to May-13-2015 I suffered great injury to my Penis Due to Defendant Doctor A. Davida's medical Negligence which brought Forth multiple violations of constitutional Rights as explained in my Complaint and including the officer's while employed under color of State law failed to protect the Welfare of me. I Further declare that all the Facts and Information contained in the Complaint are true and correct to the best of my Knowledge and as to the Fact based on information I also believe them to be true.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 21st day of January, 2016

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

Peterson Sidney. L.
Affiant

# IN THE United States District Court
# Northern District of Illinois

Sidney. L. Peterson )
Plaintiff/Petitioner )
)
Vs. )
)
Doctor, A. Davida, et. Al )
Defendant/Respondent )

16CV1135
Judge Charles P. Kocoras
Magistrate Judge Michael T. Mason
PC2

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the United States District Court, Northern of Illinois 219. S. Dearborn Street Chicago. Ill. 60604

TO: ____________________

PLEASE TAKE NOTICE that on January. 21-, 20 16, I placed the attached or enclosed documents in the institutional mail at Hill Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: January-21-2016.

/s/ Peterson Sidney L.
Name: Sidney. L. Peterson
IDOC#: K. 56456.
Address: Galesburg. Ill. 61401 Hill. C. Center. P.O. Box. 1700.

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

Subscribed and sworn to before me this 21st day of January, 20 16.

[signature]
Notary Public