IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sidney L. Peterson, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| -vs- | ) | No. 16-cv-1135 |
| | ) | |
| Davida, et al., | ) | *(Judge Kocoras)* |
| | ) | |
| *Defendants*. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is stipulated that this action may be dismissed without prejudice and without costs.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
200 S Michigan Ave, Ste 1240
Chicago, IL 60604
*an attorney for plaintiff*

/s/ Erik Johnson (by consent)
Erik Johnson
Assistant Attorney General
General Law Bureau
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL  60601
*an attorney for IDOC Defendants*

/s/ Joseph Lombardo (by consent)
Joseph Lombardo
Cassiday Schade, LLP
222 West Adams Street Suite 2900
Chicago, IL 60606-2901
*an attorney for defendants Davida and Wexford*